JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., | Case No.: CV 10-4928 VBF(SHx) |
| Plaintiffs, | Assigned to the Honorable Valerie Baker Fairbank |
| vs. | **[Proposed] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WEST COAST BORING, INC., etc., | |
| Defendant. | |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that pursuant to the "Stipulation for Dismissal With Prejudice" entered into by and between plaintiffs Trustees of the Operating Engineers Pension Trust, et. al., and defendant West Coast Boring, Inc., the above-entitled action shall be dismissed, with prejudice.  Each party shall to bear its own attorneys' fees and costs.

DATED:  4-19-11

_____
UNITED STATES DISTRICT COURT JUDGE

1